CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291
    FAX: (415) 436-7234
    Christine.Chen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:26-CR-00263-AMO |
| Plaintiff, | STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM JULY 27, 2026, TO AUGUST 3, 2026, AND [PROPOSED] ORDER |
| v. | |
| TERRANCE SHAYVON ELLIS, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Terrance Shayvon Ellis, that the status conference scheduled for July 27, 2026, be continued to August 3, 2026, and that time be excluded under the Speedy Trial Act from July 27, 2026, through August 3, 2026.

The parties agree that the status conference currently scheduled for July 27, 2026, should be continued to August 3, 2026.  The parties have reached an agreement in principle and need additional time to finalize details of the plea agreement.  The parties will request conversion of the status hearing once the plea agreement is finalized.  In addition, the government and counsel for the defendant agree that time be excluded under the Speedy Trial Act and so that defense counsel can continue to prepare, including by reviewing the discovery already produced.  For these reasons, the parties stipulate and

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER                    v. 9/18/2025
Case No. 4:26-CR-00263-AMO                    1

agree that excluding time until August 3, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from July 27, 2026, through August 3, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 14, 2026

_____/s/_____
CHRISTINE CHEN
Assistant United States Attorney

DATED: July 14, 2026

_____/s/_____
ANGELA HANSEN
Counsel for Defendant Terrance Shayvon Ellis

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that the status conference currently scheduled for July 27, 2026, should be continued to August 3, 2026, and that failing to exclude the time from July 27, 2026, through August 3, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 27, 2026, to August 3, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference currently scheduled for July 27, 2026, is continued to August 3, 2026, and that the time from July 27, 2026, through August 3, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____7/14/2026_____

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge